KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
WILLIAM L. CARTER, State Bar No. 59215
Supervising Deputy Attorney General
AMY J. WINN, State Bar No. 142421
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone:  (916) 322-1673
 Fax:  (916) 327-2247
 E-mail:  Amy.Winn@doj.ca.gov
*Attorneys for defendants the California High-Speed*
*Rail Authority and Roelof van Ark, Chief Executive*
*Officer of the California High-Speed Rail Authority*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CITY OF PALMDALE,**<br><br>Plaintiff,<br><br>v.<br><br>**CALIFORNIA HIGH-SPEED RAIL AUTHORITY, A PUBLIC AGENCY; ROELOF VAN ARK, CHIEF EXECUTIVE OFFICER; AND DOES 1-10, INCLUSIVE,**<br><br>Defendants. | 2:11-CV-01808-GEB-GGH<br><br>STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT<br><br>Local Rules 143 and 144<br>Trial Date    N/A<br>Action Filed:   July 6, 2011<br><br>Originally filed in the United States District Court for the Central District of California, Case No. LACV11-5545 R (MANx)/Transfer Order dated July 8, 2011 |

1

The parties to the above matter, through their attorneys of record, stipulate and agree as follows:

WHEREAS the Court sua sponte requested briefing via an Order to Show Cause ("OSC") on subject matter jurisdiction by order dated August 2, 2011 and the hearing on this OSC is scheduled for August 29, 2011;

WHEREAS the parties had earlier stipulated on July 18, 2001 and without leave of court to extend the time for defendants to respond to the Complaint to August 26, 2011;

WHEREAS the parties believe it would serve the best interests of the parties and the court to extend the time for defendants to respond to the Complaint until after the Court has ruled with respect to the OSC referenced above;

THEREFORE, it is stipulated and agreed that defendants shall have two weeks from the date the Court rules on the question of subject matter jurisdiction to file responses to the Complaint.

Dated: August __, 2011          Meyers, Nave, Riback, Silver & Wilson

                                _____
                                Deborah J. Fox
                                Attorneys for Plaintiff City of Palmdale

Dated: August __, 2011          OFFICE OF THE ATTORNEY GENERAL

                                _____
                                Deputy Attorney General Amy J. Winn
                                Attorneys for State Defendants

IT IS SO ORDERED.

DATED: August 11, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge

2