KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
WILLIAM L. CARTER, State Bar No. 59215
Supervising Deputy Attorney General
AMY J. WINN, State Bar No. 142421
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 322-1673
 Fax: (916) 327-2247
 E-mail: Amy.Winn@doj.ca.gov
*Attorneys for Defendants California High-Speed Rail Authority and Chief Executive Officer Roelof van Ark*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CITY OF PALMDALE,**<br><br>Plaintiff,<br><br>v.<br><br>**CALIFORNIA HIGH-SPEED RAIL AUTHORITY, A PUBLIC AGENCY; ROELOF VAN ARK, CHIEF EXECUTIVE OFFICER; AND DOES 1-10, INCLUSIVE,**<br><br>Defendants. | 2:11-CV-01808-GEB-GGH<br><br>**STATE DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date: October 3, 2011<br>Time: 10:00 a.m.<br>Dept: 10<br>Trial Date N/A<br>Action Filed: July 6, 2011<br><br>Originally filed in the United States District Court for the Central District of California, Case No. LACV11-5545 R (MANx)/ Transfer Order dated July 8, 2011 |

Defendants California High-Speed Rail Authority and Chief Executive Officer Roelof van Ark, herein "State Defendants," submit this request for judicial notice in support of the State Defendants' Memorandum of Points and Authorities in Opposition to Preliminary Injunction, filed herewith. This request is submitted pursuant to Federal Rule of Evidence, Rule 201.

1

1. Judicial notice is requested of Volume 1 of the California High-Speed Train Final Program EIR/EIS, available at http://www.cahighspeedrail.ca.gov/Statewide_Program_Environmental_Reports_EIR_EIS.aspx. Portions of this document were previously identified in the City of Palmdale's Request for Judicial Notice in Support of Its Motion for Preliminary Injunction, filed July 19, 2011 [Docket 17], (Exhibit M). It can be accessed from the California High-Speed Rail Authority's website by clicking on the Library tab on the homepage and scrolling down to "Studies and Reports."

2. Judicial notice is requested of Volume 1 of the September 2, 2010 Bay Area to Central Valley High-Speed Train Revised Final Program Environmental Impact Report, available on the Authority's website at http://www.cahighspeedrailca.gov/ba_cv_program_eir.aspx. It can be accessed from the California High-Speed Rail Authority's website by clicking on the Library tab on the homepage and scrolling down to "Studies and Reports."

3. Judicial notice is requested of Agreement Number: FR-HSR-0009-10-01-01, Amendment No. 2 between the Federal Rail Administration and the California High-Speed Rail Authority ("Grant/Cooperative Agreement"). Earlier versions of this document appear as Exhibits F and H to the City of Palmdale's Complaint for Declaratory and Injunctive Relief for Misuse of Federal Grant Funds [Docket 1], available at http://www.cahighspeedrail.ca.gov/assets/0/152/281/11a35acc-e6c4-4e10-81e7-dbeb2fe514f6.pdf. A copy of this document is attached as Exhibit A to the Declaration of Timothy B. Buresh in Support of State Defendants' Opposition to Motion for Preliminary Injunction. It can also be accessed from the California High-Speed Rail Authority's website by clicking the Library tab on the homepage and scrolling down to "Funding" and then look for "Funding Agreements" on the right-hand side of the screen.

Judicial notice is appropriate of the records of state agencies and other undisputed matters of public record. *Disabled Rights Action Committee v. Las Vegas Events, Inc.*, 375 F.3d 861, 866, n.1 (9th Cir. 2004). Judicial notice is appropriate of draft environmental impact statements. *Center for Environmental Law and Policy v. U.S. Bureau of Reclamation*, ___ F.3d ___, 2011 Westlaw 3629907, * 8, n. 5 (9th Cir. 2011). Judicial notice is appropriate of agreements entered into by federal entities. *See, e.g., Memmott v. OneWest Bank, FSB*, No. 10-3042-CL, 2011

1  Westlaw 1560985, at *4 (D. Or. Feb. 9, 2011) (taking judicial notice of purchase agreement
2  between Federal Deposit Insurance Corporation and bank).

4  Dated: September 12, 2011                Respectfully Submitted,

                                            KAMALA D. HARRIS
                                            Attorney General of California
                                            WILLIAM L. CARTER
                                            Supervising Deputy Attorney General


                                            /S/
                                            AMY J. WINN
                                            Deputy Attorney General
                                            *Attorneys for Defendants California High-
                                            Speed Rail Authority and Chief Executive
                                            Officer Roelof van Ark*

SA2011101742
107530439.docx