# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**CITY OF PALMDALE,**

CASE NO: **2:11–CV–01808–GEB –GGH**

v.

**CALIFORNIA HIGH–SPEED RAIL AUTHORITY, ET AL.,**

_____

**XX** –– **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 9/15/11**

**Victoria C. Minor**
Clerk of Court

ENTERED:  **September 15, 2011**

by:_ /s/  R. Matson_____
Deputy Clerk